U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 DEC -9 PM 1: 41

CLERK

BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA, )
   Plaintiff, )
 )
v. )  Docket No.
 )
JOHN GRIFFIN, )  2:21-cr-109-1
   Defendant. )

## MOTION TO SEAL INDICTMENT AND ARREST WARRANT

The United States of America, by its attorney, Jonathan A. Ophardt, Acting United States Attorney for the District of Vermont, hereby moves this Court to seal the Indictment, the Arrest Warrant, this motion, any order granting this motion, and the docket sheet in this case, except insofar as necessary to effect the arrest of defendant, to protect the safety of the arresting officers and prevent the flight of the defendant.

WHEREFORE, the United States requests that the Court grant this motion to seal the Indictment, Arrest Warrant, this motion, any order granting this motion, and the docket sheet until the arrest of defendant.

Dated at Burlington, in the District of Vermont, this 9th day of December, 2021.

UNITED STATES OF AMERICA

JONATHAN A. OPHARDT
Acting United States Attorney

By:   /s/

Michael P. Drescher
Assistant U.S. Attorney
P.O. Box 570
Burlington VT 05402-0570
(802) 951-6725