## UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CRIMINAL HEARING MINUTES

USDC - DVT
2:21-cr-109-1

Date: 12/10/2021

Case #: 3:21-mj-1197 RMS    Dft #: 1

Honorable Judge: Robert M. Spector

**UNITED STATES OF AMERICA**

Vs.

John Griffin

Deputy Clerk: T. Murphy

AUSA: Angel Krull

Counsel for Defendant: Joseph Martini

☒ Retained   ☐ CJA   ☐ FPD

Start Time: 2:43PM   End Time: 3:03PM

USPO: Jessica Dickson

Recess (if more than ½ hr) _____ to _____

Reporter/ECRO/FTR: FTR

Interpreter: _____ Language: _____

Total Time ____ hours  20 minutes

Hearing held ☐ in person  ☒ by video  ☐ by telephone

**HEARING AND TIME**

| ☐ Initial Appearance ____ | ☒ Initial Appear. Rule 5  10 | ☒ Detention 7 | ☐ Arraignment ____ |
|---|---|---|---|
| ☒ Motion  3 | ☐ Bond ____ | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☐ Change of Plea ____ | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

☒ Arrest or ☐ Self surrender  Date 12/10/2021
☐ Case Unsealed
☐ Deft failed to appear
☐ CJA23 financial affidavit filed under seal
☒ Oral Brady Order entered and paper to issue

☒ Rule 5 charging district  of Vermont
☐ Order appointing FPD
☐ Order appointing Attorney _____
☐ Set ATTY flag and notify grievance clerk
☒ Defendant waives right to proceed in-person

**FILED IN COURT**

| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
|---|---|---|
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**X**  Warrant Return filed

**PLEA**

Plea entered of  ☐ NOT guilty  ☐ guilty  ☐ nolo contendere;  As to counts _____

Plea agreement letter  ☐ filed  ☐ under seal  ☐ to be filed

☐ Petition to enter guilty plea filed

**SENTENCING**

☐ Sentencing set for _____ at _____
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $____ on count(s) ____. Total of $____   ☐ due now  ☐ due at sentencing

**ORDERS**
- ☐ Waiver of Rule 5 hearing filed
- ☐ Defendant motions due_____, Govt. responses due _____
- ☐ Scheduling Order filed  ☐ to be filed; ☐Sentencing scheduling order filed
- ☐ Hearing on pending motions scheduled for _____ at _____
- ☐ Jury Selection set for _____ at _____ before Judge_____
- ☐ Defendant's motion for waiver of 10-day notice filed;  ☐ Granted   ☐Denied   ☐Advisement _____ hearing set for _____ ;  continued until_____

**DETENTION**
- ☒ Govt's motion for pretrial detention filed ☒ Granted  ☐Denied  ☐Advisement
- ☒ Order of detention filed
- ☐ Bond set at $_____   ☐ reduced to $_____ ;  ☐Non-surety   ☐Surety    ☐Personal recognizance
- ☐ Bond ☐revoked   ☐reinstated    ☐continued    ☐modified
- ☐ No bond set at this time
- ☐ Order of temporary detention pending hearing filed
- ☒ Defendant detained
- ☒ Defendant ordered removed/committed to originating/other District of Vermont

**CONDITIONS OF BOND**
- ☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
- ☐ Defendant must reside at _____.
- ☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
- ☐ Defendant must surrender passport to the USPO  ☐ must not apply for passport
- ☐ Defendant must refrain from possessing firearms or dangerous weapons
- ☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
- ☐ Defendant must maintain employment or actively seek employment
- ☐ As set forth in the Order Setting Conditions of Release
- ☐ Other _____

**MOTIONS**
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement

**NOTES**
Arraignment in Vermont scheduled for 12/15/2021 at 11AM.
Identity Hearing- waived