UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:21-cr-109 |
| | ) | |
| JOHN GRIFFIN | ) | |
| Defendant. | ) | |

### NOTICE OF INDICTMENT

Notice is hereby given that the United States of America on December 9, 2021, the Grand Jury returned an Indictment naming property consisting of a parcel of land with a dwelling thereon, also known as 126 Grouse Lane, Ludlow, Vermont, with all appurtenances and improvements thereon, as property subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 2428. This property is more fully described in Exhibit A, attached hereto and incorporated herein.

Dated at Burlington, in the District of Vermont, this 13th day of December, 2021.

UNITED STATES OF AMERICA

NIKOLAS P. KEREST
United States Attorney

/s/ Michael P. Drescher
MICHAEL P. DRESCHER
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725