## EXHIBIT A

The property located at 126 Grouse Lane, Ludlow, Vermont, being all the same lands and premises conveyed to Griffskis, LLC by warranty deed of Martin C. Milewski and Anuradha Milewski dated February 21, 2020 and recorded on February 26, 2020 in Book 429 Pages 312-315 of the Town of Ludlow Land Records and more particularly described as follows:

Being all and the same lands and premises conveyed to Martin C. Milewski and Anuradha Milewski, as tenants in common, by Warranty Deed of Gary R. Martino and Victor J. Nesi dated July 16, 2004 and recorded on July 19, 2004 in Book 273 at Page 204 of the Town of Ludlow Land Records and more particularly described therein as follows:

Being all and the same lands and premises conveyed to Gary R. Martino and Victor J.

Nesi by Warranty Deed of Okemo Limited Liability Company dated May 16, 2003 and

recorded May 28, 2003 in Book 237, at Page 579-582 of the Town of Ludlow Land

Records, and in said deed, described as follows:

Being a portion of that certain parcel of land conveyed to Okemo Mountain, Inc. by the

Warranty Deed of Okemo Summit Estate dated June 26, 1987 and recorded in Book 109

at Page 216 of the Ludlow Land Records. All real property interests of Okemo Mountain,

Inc. were transferred to Okemo Limited Liability Company by virtue of Articles of Merger dated February 22, 2002 and recorded on March 28, 2002 in Book 218 at Pages 72-75 of the Ludlow Land Records. Said premises being hereby conveyed are more particularly described as follows:

Being Lot S -31 described as follows:

Being a parcel of land containing 56,917 square feet as depicted on a survey plat prepared

by Bruno Associates Inc. P.C. entitled "Subdivision of Land, Lower Solitude Village, For Okemo Mountain, Inc." dated 3/23/00, with revision to 8/28/00, said parcel is further

described as follows:

Beginning at an iron pin set, said pin marks the south corner of the parcel herein

described,

Thence: N04°30'W, 85.3' to an iron pin,

Thence: N04°30'W, 322.8' to an iron pin,

Thence: N83° 19'E, 216.7' to an iron pin,

Thence: Sl5°59'E, 114.4' to an iron pin

Thence: S60°30'W, 47.0' to an iron pin,

Thence: S30° 17'W, 208.0' to an iron pin,

Thence: S30°02'W, 137.8' to the point and place of beginning.

The above described parcel is subject to and/or benefitted by all existing easements, rights-of-way, and agreements.

Reference for a more particular description of the Lot being hereby conveyed is made to a plan entitled "Subdivision of Land Lower Solitude Village for Okemo Mountain, Inc.,

Windsor County in Ludlow, Vermont" dated March 23, 2000, revised August 28, 2000,

prepared by Bruno Associates, Inc., PC, Woodstock, Vermont, scale 1" = 100', and recorded in Cabinet 158B of the Ludlow Land Records.

Also conveying a right-of-way to use in common with others over all roads and highways

that provide access to the Lot described above, which roads and highways are more

particularly identified on a plat entitled "Right-of-Way Plan for Lower Solitude Village,

Ludlow, Vermont" dated November 7, 2000, prepared by Bruno Associates, Inc.,

Woodstock, Vermont, scale l" = 125', and recorded in Cabinet 165 A, B, and C of the

Ludlow Land Records.

This conveyance is made subject to the following:

(I) Real Estate taxes for the current year and all future years;

(2) Conditions, restrictions, reservations, limitations and easements of record;

(3) Those Restrictive Covenants and Easements to be Incorporated as Part of Solitude

Village Residential Units dated September 10, 1997 and recorded in Book 169 at Pages 4- 9 of the Ludlow Land Records; including all benefits and obligations of ownership of a

Residential Lot in the Project as provided in the Restrictive Covenants and Easements to

be Incorporated as a Part of Solitude Village Residential Units; and

(4) Applicable governmental regulations, including Vermont's Act 250, subdivision, and

environmental regulations, and the Town of Ludlow's zoning laws, as may be imposed

upon the Project from time to time.

(5) Conditions and obligations of the Okemo Ridge Road Association, Inc. as described in its Articles of Association dated October 30, 1991 and recorded on December 13, 1995 in Book 158 at Page 434 of the Ludlow Land Records.

(6) The right of Okemo Mountain, Inc., its successors and assigns, to use, in common with others, all roads and highways, as the same are more particularly laid out and described on that

certain plat entitled "Right-of-Way for Lower Solitude Village, Ludlow, Vermont" dated November 7, 2000, prepared by Bruno Associates, Inc., Woodstock, Vermont, scale l" = 125', and recorded in Cabinet 165 A, B, and C of the Ludlow Land Records.

Further reference may be had to a Warranty Deed from Martin C. Milewski and

Anuradha Milewski, tenants in common to Martin C. Milewski and Anuradha Milewski, husband and wife tenants by the entirety the same being dated May 20, 2014 and recorded May 22, 2014 in Book 378, Pages 001-003 of the Town of Ludlow Land Records.

Reference is hereby made to the aforementioned deed, to the deeds mentioned therein and

to the Town of Ludlow Land Records in aid of this description