UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 2:21-CR-00109 |
| ) | |
| JOHN GRIFFIN, ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in the Forfeiture Notice of the Indictment, the United States sought forfeiture of the defendant's interest in the property provided below (the "Seized Property") and which is outlined in the Plea Agreement, which is docketed as Doc. 64 in this case, pursuant to 18 U.S.C. § 981(a)(1)(C) and 2428:

- DJI Phantom 4 Drone, controller and three (3) batteries with charging base (no cord);

- Samsung Galaxy S10, Model SM-G9734, IMEI: 354604100244251, S/N: RF8M213JXNF;

- A Red Tesla Model X (Ludicrous Mode), VIN #: 5YJXCBE40KF180792.

AND WHEREAS, on December 12, 2022, John Griffin pleaded guilty to Count Three of the Indictment charging him with a violation of 18 U.S.C. § 2422(b), and agreed to forfeit to the United States his interest in the Seized Property;

AND WHERERAS, by virtue of the Plea Agreement, the United States is now entitled to possession of the Seized Property pursuant to 21 U.S.C. § 853.

Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED:

1.	Based upon the Plea Agreement of John Griffin, the United States is hereby authorized to retain possession of the Seized Property, and it is hereby forfeited to the United States for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n) and the terms of the Plea Agreement.

2.	The forfeited Seized Property is to be held by the Federal Bureau of Investigation, in its secure custody and control, until further order of this Court.

3.	Pursuant to Federal Rule of Criminal Procedure 32.2(b)(6)(C) and Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, upon issuance of a Preliminary Order of Forfeiture, the United States is authorized to publish notice in newspapers of general circulation or on an official Internet site.  Accordingly, the United States shall publish notice on www.forfeiture.gov of this Order, and of the United States' intent to dispose of the property in such manner as the Attorney General may direct.  Pursuant to Rule 32.2(b)(6)(A), the United States shall also send notice to any person, other than the defendant, who reasonably appears to be a claimant withstanding to contest the forfeiture in the ancillary proceeding.  Any person having or claiming a legal interest in the forfeited Seized Property must, within thirty (30) days of the final publication of notice or receipt of written notice, whichever is earlier, file a petition with the Court setting forth his or her interest in the property.  21 U.S.C. § 853(n)(1)-(2).

4.	The notice shall state that anyone filing such a petition shall request a hearing to adjudicate the validity of the petitioner's alleged interest in the forfeited Seized Property, shall sign the petition under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited Seized Property and any additional facts supporting the petitioner's claim and the relief sought.  21 U.S.C. § 853(n)(3).

5. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C § 853(n), in which all interests will be addressed.

Dated at Burlington, in the District of Vermont, this ____ day of _____, 2023.

_____
WILLIAM K. SESSIONS III
United States District Judge